# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:16-cr-27 |
| | : | |
| vs. | : | District Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| JILLLIAN VIRGINIA HARRISON, | : | |
| | : | |
| Defendant. | : | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 25)

This case is presently before the Court on the Report and Recommendations of United States Magistrate Judge Karen L. Litkovitz (Doc. 25), wherein the Magistrate Judge recommends that Defendant's plea of guilty to Count One of the Information (Doc. 16) be accepted, that Defendant be found guilty as charged in Count One, and that the Court defer acceptance of the parties' proposed binding plea agreement until the Court has had the opportunity to review the Presentence Investigation Report ("PSR"). The parties did not file objections to the Report and Recommendations, and the time for doing so expired on April 25, 2016. (*Id.*)

The Court, having reviewed the matter *de novo*, determines that the Report and Recommendations (Doc. 25) of the United States Magistrate Judge should be, and is hereby, **ADOPTED** in its entirety. Defendant is hereby adjudged **GUILTY** of Count One of the Information. (Doc. 16). The Court defers acceptance of the parties' proposed binding plea agreement until the Court has had the opportunity to review Defendant's PSR.

**IT IS SO ORDERED.**

Date: 4/27/16

Timothy S. Black
United States District Judge